IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:  Case No. 15-30269-DHW
 Chapter 13
SHERON LARKIN
SSAN: XXX-XX-8748

Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Friday, January 30, 2015.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, February 26, 2015.

(X) The plan fails to meet the disposable income test. Please review this case and amend the plan to meet the disposable income test as discussed at the 341.

(X) The debtor is proposing to pay for three vehicles, two of which aren't running, while paying nothing to unsecured creditors.
It is the Trustee's contention that the three vehicles are not necessary for an effective reorganization of the debtor's debts.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Monday, March 23, 2015.

Office of the Chapter 13 Trustee  
P. O. Box 173  
Montgomery, AL 36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding  
Chapter 13 Trustee

By:/s/ *Sabrina L. McKinney*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Monday, 23 March, 2015.

Copy to: DEBTOR(S)
         JOSHUA C MILAM

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney